# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**REBECCA D. BAILEY**                                                            **PLAINTIFF**

**v.**                                        **CASE NO. 3:06CV00062 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                            **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Rebecca D. Bailey.

DATED this 17th day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE